**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|   |   |
|---|---|
| **ANDREA MCQUARRIE**<br>　　　Plaintiff, | )<br>)<br>)<br>) |
| v. | ) Civil Action No. 1:14-cv-13617-GAO |
| **ATLANTIC RECOVERY SOLUTIONS, LLC**<br>　　　Defendant, | )<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DIMISSSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)**

　　　Andrea McQuarrie ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Dated: October 27, 2014

　　　　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED:

　　　　　　　　　　　　　　　　　　　　　　　/s/ Kevin V. K. Crick
　　　　　　　　　　　　　　　　　　　　　　　Kevin V. K. Crick, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Consumer Rights Law Firm, PLLC
　　　　　　　　　　　　　　　　　　　　　　　133 Main St., Second Floor
　　　　　　　　　　　　　　　　　　　　　　　North Andover, MA 01845
　　　　　　　　　　　　　　　　　　　　　　　Phone: (978) 420-4747
　　　　　　　　　　　　　　　　　　　　　　　Fax: (978) 409-1846
　　　　　　　　　　　　　　　　　　　　　　　Email: kevinc@consumerlawfirmcenter.com
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**PROOF OF SERVICE**

    I hereby certify that on October 27, 2014, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

                                                     /s/ Kevin V. K. Crick, Esq.